

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2022

No. 04-22-00302-CR

Paulo Maximillian **MIJANGOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 543602
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

The Appellant's Amended Second Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before September 21, 2022. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court